T. Matthew Phillips, Esq. [SBN 165833]
Law Office of T. Matthew Phillips
4894 W Lone Mountain Road, No. 132
Las Vegas, NV 89130-2239
Email: tmatthewphillips@aol.com
Phone: 323-314-6996

Attorney for Plaintiff (proposed)
Josh Rocklage

UNITED STATES DISTRICT COURT,

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSH ROCKLAGE, | ) No. 4:25-cv-0479-JST |
| | ) |
| | ) **NOTICE OF SUBSTITUTION OF** |
| Plaintiff, | ) **ATTORNEY** |
| | ) |
| v. | ) |
| | ) |
| AMERICAN GENERAL LIFE INSURANCE CO.; and DOES 1 to 100, inclusive, | ) |
| | ) |
| Defendant | ) |
| _____ | ) |

    PLEASE TAKE NOTICE that, pursuant to Civil Local Rule 11-5 of the United States District Court for the Northern District of California and 28 U.S.C. § 1654 (as applicable), counsel in this action is hereby substituted as set forth below.

    **Substitution**

1.    Former counsel of record: Donald Charles Schwartz, Law Offices of Donald Charles Schwartz, (SBN 122476), 7960 Soquel Drive, No. 291, Aptos, CA 95003; Phone: 831-331-9909; Email: triallaw@cruzio.com

2.    New counsel of record: T. Matthew Phillips, Esq. [SBN 165833], Law Office of T. Matthew Phillips; 4894 W Lone Mountain Road, No. 132; Las Vegas, NV 89130-2239; Email: tmatthewphillips@aol.com; Phone: 323-314-6996.

2.    Client: Josh Rocklage is the plaintiff in this action.

-1-

3.     Effective upon filing of this Notice of Substitution of Counsel, Todd Matthew Phillips, Esq. shall be substituted as attorney of record for Joash Rocklage in place of Donald Charles Schwartz.

4.     All future notices, filings, and service of documents in this action should be served upon Todd Matthew Phillips at the address and email listed above.

**Consent to Substitution**

The undersigned hereby consent to the substitution identified above.

Respectfully submitted,

Dated: 02/23/26

By: */s/ Donald Charles Schwartz, Esq.*
    Donald Charles Schwartz (SBN 122476)
    Attorney for Josh Rocklage


By: */s/ T. Matthew Phillips, Esq.*
    T. Matthew Phillips (SBN 165833)
    Attorney for Josh Rocklage


By: */s/ Josh Rocklage*    (See Attached)

  Josh Rocklage

3.  Effective upon filing of this Notice of Substitution of Counsel, Todd Matthew Phillips, Esq. shall be substituted as attorney of record for Joash Rocklage in place of Donald Charles Schwartz.

4.  All future notices, filings, and service of documents in this action should be served upon Todd Matthew Phillips at the address and email listed above.

**Consent to Substitution**

The undersigned hereby consent to the substitution identified above.

Respectfully submitted,

Dated: 02/21/26

By: _____
    Donald Charles Schwartz (SBN 122476)
    Attorney for Josh Rocklage

By: _____
    T. Matthew Phillips (SBN 165833)
    Attorney for Josh Rocklage

By: _____
    Josh Rocklage